IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40751
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

JOSE CRUZ LOPEZ-RAMIREZ,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-95-CR-107-01
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Jose Cruz Lopez-Ramirez appeals the denial of his pre-trial motion to suppress evidence contending that Border Patrol Agent Jaime Reyes did not have reasonable suspicion to stop the vehicle in which he traveled.  We have reviewed the record and the briefs of the parties and hold that the evidence showed that Reyes held reasonable suspicion to make an investigatory stop.  See United States v. Inocencio, 40 F.3d 716, 721 (5th Cir. 1994).

     AFFIRMED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.